cc:   USPPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   )  | CASE NO. 8:12-cr-00097-JLS-2 |
|---|---|
| Plaintiff, ) | **AMENDED** JUDGMENT CONTINUING SUPERVISED RELEASE |
| v. ) | |
| Marquis Monte Horn, ) | |
| Defendant. ) | |

On September 25, 2025, in the presence of the attorney for the Government, Clifford Mpare, Jr., the defendant appeared in person with Deputy Federal Public Defender, Gabriela Rivera.

In light of the defendant's previous admissions on Allegations one through seven, the Court finds that the defendant has violated the conditions of supervised release that were originally imposed on October 24, 2014, Amended on December 23, 2014, and revoked on August 20, 2021 and December 15, 2023.

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, that the period of supervised release is continued under the same terms and conditions that were originally and previously imposed. In complying with the rules and regulations of the computer monitoring program, the defendant shall pay the cost of the computer monitoring program in an amount not to exceed $45.00 per month per device connected to the Internet.

The Court orders that supervised release is continued and the term of supervision be extended by 31 months, for a total supervision term of 55 months.

IT IS ORDERED that the Clerk deliver a copy of this Judgment Continuing Supervised Release to the U.S. Marshal and the U.S. Probation Office.

DATE: October 3, 2025

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

FILED: October 3, 2025

BRIAN D. KARTH, CLERK OF COURT

By:   /s/ Lesbith Castillo
      Deputy Clerk